**No. 49048.**—Protests 883913–G, etc., of Kralen Hat Body Corp. (New York).

Opinion by TILSON, J. At the trial a witness for the plaintiff testified that certain of the items consist of hats similar in all material respects to those involved in Abstract 47291, the record in which was incorporated herein. In accordance therewith the protests were sustained as to certain of the items in question.

**No. 49049.**—Protest 581175–G of Irving L. Hartmann & Co., Inc. (New York).

Opinion by TILSON, J. The evidence produced at the trial showed that some items consist of hats similar in all material respects to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted herein. In accordance therewith the protest was sustained as to certain of the items in question.

**No. 49050.**—Protests 557967–G, etc., of Olivier Straw Goods Corp. (New York).

Opinion by TILSON, J. At the trial plaintiff's witness testified that certain items consist of hats exactly the same as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted herein. In accordance therewith the protests were sustained as to the items in question.

**No. 49051.**—Protest 959797–G of Amerlux Steel Corp. (Los Angeles).

Opinion by LAWRENCE, J. It was conclusively established that the bale ties in question are similar to those in *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47), the record in which case was incorporated herein. The claim for free entry was therefore sustained.

**No. 49052.**—Protest 104851–K of Monarch Watch Co. (New York).

Opinion by LAWRENCE, J. It was agreed between the parties that the articles in question consist of "unadjusted watch movements more than 1 inch wide but less than 1.77 inches wide, having 7 jewels." The claim was therefore sustained to this extent.